UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAYTON MARK ANTHONY MEERTINS JR., <br><br> Petitioner, <br><br> -against- <br><br> NEW YORK STATE CORRECTIONS AND COMMUNITY SUPERVISION, ET AL. <br><br> Respondents. | 26-cv-03661 (JLR) <br><br> TRANSFER ORDER |

JENNIFER L. ROCHON, United States District Judge:

Petitioner paid the $5.00 fee to bring this *pro se* petition for a writ of *habeas corpus* under 28 U.S.C. § 2254. He is challenging a 2020 conviction and 2022 sentencing in the New York Supreme Court, Queens County.[1] Because Petitioner was convicted and sentenced in Queens County, which is located in the Eastern District of New York, this action will be transferred, under Local Civil Rule 83.3, to the United States District Court for the Eastern District of New York.

The Court respectfully directs the Clerk of Court to TRANSFER this action to the United States District Court for the Eastern District of New York. The Court waives the provision of Local Civil Rule 83.1 that requires a seven-day delay before the Clerk of Court may effectuate the transfer of these cases to the transferee court. This order CLOSES this case.

Because Petitioner has not at this time made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

---

[1] Petitioner does not appear to be in custody, but he alleges that there is a 10-year order of protection in place. (ECF 1 at 1.)

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

Dated:   May 7, 2026
         New York, New York

                          SO ORDERED.

                          _____
                          JENNIFER L. ROCHON
                          United States District Judge

2